UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:15-cr-00029-SEB-DKL |
| ARNOLD JONES, | ) -01 | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Arnold Jones' supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twelve (12) months and one (1) day in the custody of the Attorney General or his designee, with twelve (12) months of supervised release to follow. In addition to the mandatory conditions of supervised release, the additional terms of supervision as outlined in the Report and Recommendation will be imposed. The Court recommends placement at FCI Oxford, Wisconsin.

**SO ORDERED.**

Date: 12/20/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service